Christopher A. Slusher, Asst. Public Defender, Office, Columbia, for Respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### ORDER

Per Curiam.

The State of Missouri appeals the trial court's dismissal with prejudice of the

**STATE of Missouri, Respondent,**

v.

**James Paul TURNER, Appellant.**

No. WD 53675.

Missouri Court of Appeals,
Western District.

Dec. 23, 1997.

William Fickle, Platte City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### ORDER

Per Curiam.

James Paul Turner appeals the circuit court's judgment convicting him of felony

driving while intoxicated. We affirm. Rule 30.25(b).